UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kim Westerkamp, *et al*.,

    Plaintiffs,

        v.                                        Case No.   1:21cv655

United Energy Workers
Healthcare Corporation, *et al*.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendants' Motion to Dismiss or, in the Alternative, to Stay Action and to Compel Arbitration (Doc. 4) is **GRANTED**. Plaintiffs' claim for failure to pay overtime under the Fair Labor Standards Act is **DISMISSED WITHOUT PREJUDICE**.

Date: August 15, 2022                        Richard W. Nagel, Clerk
                                                      Clerk

                                        By:    *s/ Krista Zeller*
                                                         Deputy Clerk